# In the United States Court of Federal Claims

```
* * * * * * * * * * * * * * * * *  *
IAP WORLDWIDE SERVICES INC.,       *
                                   *
                                   *
            Protestor,             *
                                   *   No. 18-400C
v.                                 *   Filed: April 27, 2018
                                   *
UNITED STATES,                     *
                                   *
            Defendant.             *
                                   *
* * * * * * * * * * * * * * * * *  *
```

**O R D E R**

On April 9, 2018, the court issued an oral decision in the above captioned protest which **DENIED** protestor's motion for judgment on the administrative record and **GRANTED** defendant's cross-motion for judgment on the administrative record. Consistent with the April 9, 2018 decision, the court **ORDERS** that the above-captioned protest be **DISMISSED**.

**IT IS SO ORDERED**.

                                                                s/Marian Blank Horn
                                                           **MARIAN BLANK HORN**
                                                                 **Judge**